Case 3:11-cr-00059-MAG   Document 10   Filed 02/04/11   Page 1 of 2

FILED
FEB 0 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-3-11-70006 MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER EXONERATING BOND |
| vs. | Court: Hon. Timothy J. Bommer |
| TIMMY WAYNE HUGHES, | |
| Defendant. | |

On January 5, 2011, Timmy Wayne Hughes made his initial appearance before this Court, Hon. Bernard Zimmerman, and was released on a $20,000 unsecured bond signed by two sureties. Today, February 4, 2011, the Your Honor sentenced Mr. Hughes, pursuant to a plea agreement, to Time Served, no fine, and a $10 mandatory special assessment.

In light of the entry of plea and sentencing today, undersigned counsel for Mr. Hughes respectfully requests that the Court exonerate the personal appearance bond and release Mr. Hughes and his sureties from their obligations on the bond.

//

//

//

1 | Dated: February 4, 2011

2 |                                       Respectfully submitted,

3 |                                       BARRY J. PORTMAN
                                      Federal Public Defender

4 |

5 |                                       /s/
                                      LOREN D. STEWART

6 |                                       Assistant Federal Public Defender

7 |

8 |

9 |                               **[PROPOSED] ORDER**

10 |       For the reasons set forth above, the appearance bond in the above-captioned case is

11 | hereby EXONERATED.

12 |

13 | IT IS SO ORDERED.

14 |

15 |

16 | 2/4/11
   DATED                                     HON. TIMOTHY J. BOMMER

17 |                                       UNITED STATES MAGISTRATE JUDGE

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

[PROPOSED] ORDER EXONERATING BOND,
CR-3-11-70006 MAG                       2