# United States District Court
## Northern District of California

**FILED**
FEB 0 7 2011


| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| TIMMY WAYNE HUGHES | USDC Case Number: CR-33-70006-001 MAG |
| | BOP Case Number: DCAN333CR070006-001 |
| | USM Number: |
| | Defendant's Attorney: Loren Stewart |

## THE DEFENDANT:

[x]  pleaded guilty to count(s): <u>One of the Information</u>.
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC Section 1382 | Trespassing on a Military Base | January 4, 2011 | |

The defendant is sentenced as provided in pages 2 through <u>1</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

2/4/2011
Date of Imposition of Judgment

_Signature of Judicial Officer_

Honorable Timothy J. Bommer,
Name & Title of Judicial Officer

2/7/11
Date

1) The defendant is hereby sentenced to time served.

2) The defendant shall pay a mandatory special assessment of $10, which is due immediately.